United States District Court
Southern District of Texas
**ENTERED**
January 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GASPAR MICHEL On Behalf of Himself and all Others Similarly Situated, § § § | |
| Plaintiff, § | |
| v. § | CIVIL NO. 4:18-CV-00990 |
| MR. WHITE RESTAURANT, LLC, f/k/a CLARK COOPER RESTAURANTS, LLC, d/b/a BRASSERIE 19, WILLIAM G. COOPER and CHARLES E. CLARK § § § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed on December 28, 2018, the above-referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS ORDERED that all claims in dispute in this lawsuit be dismissed with prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

SIGNED this 2nd day of January, 2019.

Keith P. Ellison
United States District Judge

1